IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMBER COOPER                                                                                         PLAINTIFF

V.                                            3:13CV00281-JJV

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 19th day of August, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE